# Hines & Associates

450 7th Ave. Suite305, New York, NY 10123
212-268-8668
r.hineslaw@gmail.com

May 20, 2025

BY ECF
The Honorable Judge Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Hongxing Wang, Case No. 21-CR-592
Letter Motion for Substitution of Counsel

Dear Judge Laura Taylor Swain,

I respectfully submit this letter motion to request substitution of counsel in the above-captioned matter. The Defendant, Mr. Hongxing Wang, was previously represented by Warren R. Graham, Esq., who was deceased.

Mr. Wang has retained my office to represent him going forward. Enclosed with this letter is a fully executed **Notice of Substitution of Attorney**, signed by both myself and the Defendant, confirming the substitution.

Accordingly, I respectfully request that the Court grant this application and update the docket to reflect the substitution of counsel.

Thank you for your attention to this matter.

Respectfully submitted,

Leonard X. Gillespie, Esq.
Attorney for Defendant Hongxing Wang
Hines & Associates Law Office

Enclosure: Executed Notice of Substitution of Attorney

The foregoing requests are granted. DE # 377 is resolved.
SO ORDERED.
5/20/2025
/s/ Laura Taylor Swain, Chief USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

HONGXING WANG

                Defendants.

------------------------------------------------------------X

Case No. 21 CR592

**NOTICE OF SUBSTITUTION OF ATTORNEY**

    PLEASE TAKE NOTICE that the undersigned Defendant, Hongxing Wang, previously represented by Warren R. Graham, Esq. (deceased), hereby consents to the substitution of Leonard X. Gillespie, Esq. of Hines & Associates Law Office as counsel of record in the above-captioned matter.

    As prior counsel is deceased, this substitution is submitted with the consent of the Defendant and incoming counsel only.

Dated: 5/20/2025

By: _____
Leonard X. Gillespie, Esq.
Incoming Counsel for Defendant
Hines & Associates Law Office
450 7th Ave. Suite 305
New York, NY 10123
212 268 8668
r.hineslaw@gmail.com

By: _____
Hongxing Wang
Defendant