# Hines & Associates

450 7th Ave. Suite305, New York, NY 10123
212-268-8668
r.hineslaw@gmail.com

August 11, 2025

**BY ECF**
The Honorable  Judge Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Hongxing Wang, Case No. 21-CR-592**
**Letter to Adjourn Sentencing date of 9/17/2025 2：30pm**

Dear  Judge Laura Taylor Swain,

I respectfully submit this letter motion to request an adjournment of the current sentencing date scheduled for September 17, 2025.

The undersigned is scheduled to undergo a knee replacement procedure in mid-September. In addition, the undersigned's assistant will be out of the country due to a family matter and will not return until October 15, 2025. These circumstances will make it difficult for our office to proceed with the September 17, 2025 sentencing hearing.

We have contacted the assigned Assistant US Attorney Mr. Timothy Capozzi, who does not object to this request and is copied on this correspondence.

Accordingly, we respectfully request that the Court adjourn the September 17, 2025 sentencing date to one of the following proposed dates:

- October 17, 2025 (afternoon)
- October 20, 2025
- October 21, 2025
- October 23, 2025
- October 24, 2025
- October 27, 2025 (afternoon)
- October 28, 2025 (afternoon)

# Hines & Associates

450 7th Ave. Suite305, New York, NY 10123
212-268-8668
r.hineslaw@gmail.com

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Leonard X. Gillespie*

Leonard X. Gillespie, Esq.
Attorney for Defendant Hongxing Wang
Hines & Associates Law Office

Cc:

Capozzi, Timothy (USANYS)
Timothy.Capozzi@usdoj.gov

Fang, Jerry (USANYS)
Jerry.Fang@usdoj.gov

The foregoing request is granted. The sentencing is adjourned to **October 30, 2025, at 2:30pm**. All sentencing submission dates are likewise adjourned accordingly.
SO ORDERED.
8/13/2025
/s/ Laura Taylor Swain, Chief USDJ