UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                        No. 21-CR-592-LTS-8

HONGXING WANG,                                                          Order

        Defendant.

-------------------------------------------------------x

        The Government requests that the unredacted version of its sentencing submission be filed under seal. (See docket entry no. 408.) This request is granted for the reasons set forth in the Government's request.

        The Government is directed to take a hard copy of the referenced unredacted document to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

        SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain_____
      October 29, 2025                             LAURA TAYLOR SWAIN
                                                                Chief United States District Judge